GARRY J. D. HUBERT (Bar No. 042882)
DARREL K. YASUTAKE (Bar No. 142927)
HUBERT & YASUTAKE
1390 Willow Pass Road, Suite 360
Concord, California  94520
Telephone: (925) 680-4266
Facsimile: (925) 680-4259

Attorneys for Plaintiff
STATE FARM GENERAL INSURANCE CO.


KATHLEEN STRICKLAND (Bar No. 064816)
CHUNG-HAN LEE (Bar No. 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California  94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
MAYTAG CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE CO.,<br><br>           Plaintiff,<br><br>     vs.<br><br>MAYTAG CORPORATION, and DOES 1 through 20<br><br>           Defendants. | **No. 2:05-CV-00655-WBS-DAD**<br><br>**STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER AND REQUEST TO WITHDRAW JANUARY 18, 2006 STIPULATION AND [PROPOSED] ORDER** |

Plaintiff State Farm General Insurance Co. ("State Farm") and Defendant Maytag Corporation ("Maytag") hereby make this stipulated request for an order to modify the scheduling

PDF created with pdfFactory trial version www.pdffactory.com

order pursuant to Local Rules 83-143 and 6-144 and respectfully withdraw its prior January 18, 2006 Stipulation.

On August 4, 2005, the Court issued a Status (Pretrial Scheduling) Order after reviewing the parties Joint Status Report providing for the following deadlines:

| | |
|---|---|
| **Disclosure of Expert Witnesses** | **January 31, 2006** |
| **Disclosure of Rebuttal Expert Witness** | **March 31, 2006** |
| **Close of Discovery** | **May 1, 2006** |
| **All Discovery Motions Heard** | **May 1, 2006** |
| **Last Day for Filing Motions** | **June 16, 2006** |
| **Final Pretrial Conference** | **August 28, 2006 at 10:00 a.m.** |
| **Trial Date** | **October 24, 2006 at 9:00 a.m.** |

Subsequent to the Court's August 4, 2005 Scheduling Order, the parties have been diligently pursuing written and oral discovery, including expert examination of the subject machines at issue in this case. The parties now seek to continue certain deadlines from the August 4, 2005 Scheduling Order because of difficulties in scheduling the depositions of the insureds in this matter due to an illness in the insured's family and also to allow the experts to arrange for and conduct a more detailed examination of the subject machines in a laboratory facility. To date, the deposition of the insured's has not been finalized, although the parties expect that the depositions can be scheduled in February, 2006. The expert's additional examination of the subject machines is currently scheduled to take place on February 21, 2006, and the experts will need some additional time after completing their inspections to prepare their expert reports. Therefore, the parties respectfully propose the following modifications to the Scheduling Order:

| | |
|---|---|
| **Disclosure of Expert Witnesses** | **March 15, 2006** |
| **Disclosure of Rebuttal Expert Witness** | **April 17, 2006** |
| **Close of Discovery** | **June 16, 2006** |
| **All Discovery Motions Heard** | **June 16, 2006** |
| **Last Day for Filing Motions** | **July 21, 2006** |
| **Final Pretrial Conference** | **October 23, 2006 at 10 a.m.** |

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| **Trial Date** | **December 12, 2006 at 9 a.m.** |

On January 18, 2006, the parties submitted a similar Stipulation which did not propose any changes to the date of the Final Pretrial Conference or the Trial Date. However, plaintiff's counsel received a call from the Court's clerk suggesting that the proposed dates in the January 18, 2006 Stipulation would affect the Final Pretrial Conference and the Trial Date, and asked plaintiff's counsel to provide agreeable dates. In response, the parties now seek to withdraw the January 18, 2006 Stipulation and submit this Stipulated Request to Modify the Scheduling Order in its place which contain the parties' recommendations for a modification of the Final Pretrial Conference and the Trial Date.

This is the first extension of time sought by the parties. The parties' stipulated request to modify the Scheduling Order is not sought for the purpose delay but is intended to allow the parties to complete discovery in a timely and professional manner without resort to unnecessary discovery motions and third-party subpoenas.

Respectfully Submitted,

Dated: January 30, 2006          HUBERT & YASUTAKE

                                                /s/

GARRY J. D. HUBERT (Bar No. 042882)
DARREL K. YASUTAKE (Bar No. 142927)
HUBERT & YASUTAKE
1390 Willow Pass Road, Suite 360
Concord, California  94520
Telephone: (925) 680-4266
Facsimile: (925) 680-4259

Attorneys for Plaintiff
STATE FARM GENERAL INSURANCE CO.

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  January 30, 2006                HOLLAND & KNIGHT LLP

                                        _____/s/_____
                                        KATHLEEN STRICKLAND (Bar No. 064816)
                                        CHUNG-HAN LEE (Bar No. 231950)
                                        HOLLAND & KNIGHT LLP
                                        50 California Street, 28th Floor
                                        San Francisco, California  94111
                                        Telephone: (415) 743-6900
                                        Facsimile: (415) 743-6910

                                        Attorneys for Defendant
                                        MAYTAG CORPORATION

**IT IS SO ORDERED.**

Dated:  January 31, 2006

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

# 3522518_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910

PDF created with pdfFactory trial version www.pdffactory.com