1  DARREL K. YASUTAKE (Bar No. 142927)
   HUBERT & YASUTAKE
2  1390 Willow Pass Road, Suite 360
   Concord, California  94520
3  Telephone: (925) 680-4266
   Facsimile: (925) 680-4259
4
   Attorneys for Plaintiff
5  STATE FARM GENERAL INSURANCE CO.

6
   KATHLEEN STRICKLAND (Bar No. 064816)
7  CHUNG-HAN LEE (Bar No. 231950)
   HOLLAND & KNIGHT LLP
8  50 California Street, 28th Floor
   San Francisco, California  94111
9  Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
10
   Attorneys for Defendant
11 MAYTAG CORPORATION

12

13                  UNITED STATES DISTRICT COURT

14               EASTERN DISTRICT OF CALIFORNIA

15                     SACRAMENTO DIVISION

16 STATE FARM GENERAL INSURANCE      )
   CO.,                              )
17                                   )        **No. 2:05-CV-00655-WBS-DAD**
                    Plaintiff,       )
18                                   )
       vs.                           )        **STIPULATED REQUEST TO MODIFY**
19                                   )        **THE SCHEDULING ORDER**
                                     )        **AND [PROPOSED] ORDER**
20 MAYTAG CORPORATION, and DOES 1    )
   through 20                        )
21                                   )
                    Defendants.      )
22                                   )

23        Plaintiff State Farm General Insurance Co. ("State Farm") and Defendant Maytag

24 Corporation ("Maytag") hereby make this stipulated request for an order to modify the scheduling

25 order pursuant to Local Rules 83-143 and 6-144.

26        On January 30, 2006, the parties filed a Stipulated Request to Modify The Scheduling Order

27 and Request to Withdraw January 18, 2006 Stipulation to continue certain deadlines from the

28 August 4, 2005 Scheduling Order because of difficulties in scheduling the depositions of the

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 1 -

STIPULATED REQUEST TO MODIFY                     Case No. 2:05-CV-00655-WBS-DAD
THE SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  insureds in this matter due to an illness in the insured's family and also to allow the experts to

2  arrange for and conduct a more detailed examination of the subject machines in a laboratory

3  facility.  On February 1, 2006, the Court granted the Stipulated Request which provided for the

4  following deadlines:

5  | **Disclosure of Expert Witnesses** | **March 15, 2006** |

6  | **Disclosure of Rebuttal Expert Witness** | **April 17, 2006** |

7  | **Close of Discovery** | **June 16, 2006** |

8  | **All Discovery Motions Heard** | **June 16, 2006** |

9  | **Last Day for Filing Motions** | **July 21, 2006** |

10  | **Final Pretrial Conference** | **October 23, 2006 at 10 a.m.** |

11  | **Trial Date** | **December 12, 2006 at 9 a.m.** |

12  Since the Court modified the scheduling order on February 1, 2006, the parties have continued to

13  diligently pursue written and oral discovery, including the additional expert examination of the

14  subject machines at issue in this case which took place on February 21, 2006.  In addition, the

15  parties had scheduled the depositions of the insured's to take place on March 6, 2006.  However,

16  prior to the depositions, the parties began to engage in settlement discussions that the parties hope

17  will resolve this case.  The parties now seek to modify the current scheduling order again so the

18  parties can continue to engage in settlement negotiations without incurring additional expenses and

19  fees spent on depositions and expert reports.  The parties are hopeful that a settlement can be

20  reached within the next two weeks, and the parties will continue with the depositions and the expert

21  reports if it appears no resolution is forthcoming.  Therefore, the parties respectfully propose the

22  following modifications to the Scheduling Order:

23  | **Disclosure of Expert Witnesses** | **April 14, 2006** |

24  | **Disclosure of Rebuttal Expert Witness** | **May 15, 2006** |

25  The parties do not propose any modifications to the other deadlines set forth in the February 1, 2006

26  Scheduling Order and do not seek to modify the deadline for close of discovery or the trial date.

27

28

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 2 -

STIPULATED REQUEST TO MODIFY
THE SCHEDULING ORDER

Case No. 2:05-CV-00655-WBS-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1        This is the second extension of time sought by the parties.  The parties' stipulated request to

2   modify the Scheduling Order is not sought for the purpose delay but is intended to allow the parties

3   to engage in meaningful settlement discussion without incurring additional expenses and fees spent

4   on depositions and expert reports.

5

6                                              Respectfully Submitted,

7   Dated:  March 6, 2006                      HUBERT & YASUTAKE

8

9                                              _____/s/_____

10                                             DARREL K. YASUTAKE (Bar No. 142927)
                                               HUBERT & YASUTAKE
11                                             1390 Willow Pass Road, Suite 360
                                               Concord, California  94520
12                                             Telephone: (925) 680-4266
                                               Facsimile: (925) 680-4259
13
                                               Attorneys for Plaintiff
14                                             STATE FARM GENERAL INSURANCE CO.

15  Dated:  March 6, 2006                      HOLLAND & KNIGHT LLP

16

17                                             _____/s/_____

18                                             KATHLEEN STRICKLAND (Bar No. 064816)
                                               CHUNG-HAN LEE (Bar No. 231950)
19                                             HOLLAND & KNIGHT LLP
                                               50 California Street, 28th Floor
20                                             San Francisco, California  94111
                                               Telephone: (415) 743-6900
21                                             Facsimile: (415) 743-6910

22                                             Attorneys for Defendant
                                               MAYTAG CORPORATION
23

24  **IT IS SO ORDERED.**

25  Dated:  March 7, 2006

26

27  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

28  # 3626091_v1

STIPULATED REQUEST TO MODIFY                           Case No. 2:05-CV-00655-WBS-DAD
THE SCHEDULING ORDER

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910

PDF created with pdfFactory trial version www.pdffactory.com