1  DARREL K. YASUTAKE (Bar No. 142927)
   HUBERT & YASUTAKE
2  1390 Willow Pass Road, Suite 360
   Concord, California  94520
3  Telephone: (925) 680-4266
   Facsimile: (925) 680-4259
4
   Attorneys for Plaintiff
5  STATE FARM GENERAL INSURANCE CO.

6
7  KATHLEEN STRICKLAND (Bar No. 064816)
   CHUNG-HAN LEE (Bar No. 231950)
   HOLLAND & KNIGHT LLP
8  50 California Street, 28th Floor
   San Francisco, California  94111
9  Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
10
   Attorneys for Defendant
11 MAYTAG CORPORATION
12
13              UNITED STATES DISTRICT COURT
14             EASTERN DISTRICT OF CALIFORNIA
15                  SACRAMENTO DIVISION
16 STATE FARM GENERAL INSURANCE      )
   CO.,                              )
17                                   )    **No. 2:05-CV-00655-WBS-DAD**
                  Plaintiff,         )
18                                   )
          vs.                        )    **STIPULATION OF DISMISSAL OF**
19                                   )    **ACTION WITH PREJUDICE**
   MAYTAG CORPORATION, and DOES 1    )
20 through 20                        )
                                     )
21                Defendants.        )
22 _____  )

23     IT IS HEREBY STIPULATED by and between the parties to this action through their
24 designated counsel that the above-captioned action, including all claims and counterclaims, be and
25 hereby is dismissed with prejudice pursuant to FED. R. CIV. PROC. 41(a)(1) and the parties
26 Settlement Agreement and Release.
27
28

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 1 -

STIPULATION OF DISMISSAL                          Case No. 2:05-CV-00655-WBS-DAD

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully Submitted,

Dated:  April _19_, 2006                    HUBERT & YASUTAKE

                                            _____/s/_____

                                            DARREL K. YASUTAKE (Bar No. 142927)
                                            HUBERT & YASUTAKE
                                            1390 Willow Pass Road, Suite 360
                                            Concord, California  94520
                                            Telephone: (925) 680-4266
                                            Facsimile: (925) 680-4259

                                            Attorneys for Plaintiff
                                            STATE FARM GENERAL INSURANCE CO.

Dated:  April _19_, 2006                    HOLLAND & KNIGHT LLP

                                            _____/s/_____

                                            KATHLEEN STRICKLAND (Bar No. 064816)
                                            CHUNG-HAN LEE (Bar No. 231950)
                                            HOLLAND & KNIGHT LLP
                                            50 California Street, 28th Floor
                                            San Francisco, California  94111
                                            Telephone: (415) 743-6900
                                            Facsimile: (415) 743-6910

                                            Attorneys for Defendant
                                            MAYTAG CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  April 20, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# 3712040_v1

_Holland & Knight LLP_
_50 California Street, 28th Floor_
_San Francisco, CA  94111_
_Tel: (415) 743-6900_
_Fax: (415) 743-6910_

- 2 -

STIPULATION OF DISMISSAL                              Case No. 2:05-CV-00655-WBS-DAD

PDF created with pdfFactory trial version www.pdffactory.com